# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.** CR-14-239-HE _____ |
| | ) | |
| **-vs-** | ) | |
| | ) | **Violations:**     **18 U.S.C. § 513(a)** |
| **CARLA JO MIRES,** | ) |                       **26 U.S.C. § 7206(1)** |
| | ) | |
| **Defendant.** | ) | |

## I N F O R M A T I O N

The United States Attorney charges:

## COUNT ONE
### (Forged Security)

On or about October 4, 2012, in the Western District of Oklahoma,

--------------------------------- **CARLA JO MIRES** --------------------------------------

knowingly made, uttered, and possessed a forged security, that is check

number 17153 from the bank account of Union Mutual Insurance Company, in

the amount of $6,433.88, with the intent to deceive Union Mutual Insurance

Company and Quail Creek Bank, organizations that operate in interstate

commerce.

All in violation of Title 18, United States Code, Section 513(a).

## <u>COUNT TWO</u>
### (False Income Tax Return)

On or about January 28, 2009, in the Western District of Oklahoma,

-------------------------------- **CARLA JO MIRES** --------------------------------------

willfully made and subscribed a United States Individual Income Tax Return

Form 1040 for calendar year 2008, which was verified by a written declaration

that it was made under the penalties of perjury and which she did not believe

to be true and correct as to every material matter.   **MIRES'** income tax

return, filed electronically with the Internal Revenue Service, reported total

income in the amount of $36,342.00.   **MIRES**, though, knew that the return

was false because she received substantially more income during calendar

year 2008 than she reported on the return.

All in violation of Title 26, United States Code, Section 7206(1).

SANFORD C. COATS
United States Attorney

*Travis D. Smith*

TRAVIS D. SMITH
Assistant U.S. Attorney

2