# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☒   **Case No.** CR-14-239-HE

Number of Counts __2__   Number of Defendants __1__   USAOID No. _____   By: __Rb__

**Indictment Sealed:** Yes ☐ No ☒   OCDETF: Yes ☐ No ☒   Notice ☐ Summons ☐ Writ ☐ Warrant ☒ to Issue

| DEFENDANT: CARLA JO MIRES | |
|---|---|
| Alias(es): | Address: |
|  | Phone: |
| Age&DOB: 43, xx-xx-1971   SS#: xxx-xx-3379 | Juvenile: Yes ☐ No ☒   Interpreter: Yes ☐ No ☒ |
| SEX: M ☐   F ☒   RACE: White | Language/Dialect: |

**Defendant Status:**

| ☒ Not in Custody | Type of Bond Recommended on this Charge: |
|---|---|
| Bond set at: $   Date:   Current Bond on Other Charge   Federal ☐   State ☐ | OR ☐   Cash ☐   10% ☐   Unsecured ☒   Surety ☐   Bond in Amount of: $5,000 |
| In Jail at:   Under Prisoner/Register No.: | Detention ☐ |

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. | Government Motion to Detain: Yes ☐   No ☐ |
|---|---|
| Complaint: Yes ☐   No ☐ | Bond Set:   Date: |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
|---|---|
| Additional Defendants: Yes ☐   No ☐ | Total Number of defendants: |

**Attorney Information:**

| Defense Counsel: John A. Alberts | AUSA: Travis D. Smith | |
|---|---|---|
| Address: 211 N. Robinson, Suite 900, Oklahoma City, OK 73102 | Phone: 405/553-8700 | Fax: 405/553-8888 |
| Phone: 405/232-2444   Fax: 405/232-2445 | Federal Agent/Agency: FBI | |
| Retained ☒   CJA Panel ☐   Public Defender ☐ | Local Agent/Agency: | |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 513(a) | Forged Security | NMT 10 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100.00 S/A, and restitution |
| 2 | 26 U.S.C. § 7206(1) | False Income Tax Return | NMT 3 years imprisonment; $250,000 fine, or both; NMT 1 years S/R; $100.00 S/A, and restitution |

Date: August 14, 2014          Signature of AUSA _____