# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) <br>                             Plaintiff,    ) <br> vs.                                     ) <br> CARLA JO MIRES,             ) <br>                            Defendant.  ) | NO.  CR-14-00239-001-HE |

## MINUTE SHEET OF PROCEEDINGS
## SENTENCING HEARING

| **Honorable Joe Heaton, Presiding** | Lisa Minter, Deputy Clerk |
|---|---|
| Jeanne Ring, Court Reporter | Patricia Rivera, U.S. Probation |
| Interpreter | Date proceedings held: 12/11/2014 @ 2:30 p.m. to 3:30 p.m. <br> Time in court:  1 hour |

| Appearance for Government: <br> Travis D. Smith, AUSA | Appearance for Defendant: <br> John A. Alberts, Esq., (ret) |
|---|---|

**HEARING CONCLUDED**: ☒ Yes; ☐ No;
**Hearing Type**:  ☐ Sentencing Hearing - Contested; ☒ Sentencing Hearing - Non Evidentiary;
**Held on count(s)**     1 and 2            of the       2     count:
☐ Indictment; ☒ Information; ☐ Superseding Indictment; ☐ Superseding Information filed:   08/14/2014      ;

**Applicable Proceedings**:

| ☒ Sentencing held | ☐ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
|---|---|---|---|
| ☒ Sentencing Guidelines | ☐ Downward Departure | ☐ Upward Departure | ☐ Settled/Guilty Plea |
| ☐ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | |

**SENTENCING TEXT**:
☐    Defendant sentenced to a term of **PROBATION** for: _____ months;
☒    Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of:
        24    months as to counts 1 and 2;
      ☒ Counts    1 and 2      to run ☒ concurrently; ☐ consecutive   to each other;
☒    Defendant placed on a term of **SUPERVISED RELEASE** for a term of     3    years;
      ☒ 3 years as to count 1; and 1 year as to count 2  to run ☒ concurrently;  ☐ consecutive   to each other;
☒    Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:
☒    **Restitution** is ordered in the amount of: $   TO BE DETERMINED                             ;
      ☐ to be paid in installments ☐ due immediately;
☐    **Fine** imposed in the amount of $_____;
      ☐ to be paid in installments ☐ due immediately;
☐    $ 200.00   **total special assessment** as to both Counts 1 and 2 due immediately;

**Government motions**:
- ☐ Count(s) _____ dismissed on motion by the government;
- ☐ Order dismissing original indictment/information entered upon motion of the government;

**Custody Status**:
- ☒ Defendant ordered to surrender to the designated institution on   01/13/2015 @ 1:00 p.m.   ;
- ☐ Defendant failed to appear, Bench Warrant issued;
- ☒ **Bond** ☒ **Continued**; ☐ **Revoked**;
- ☐ **Custody/Detention continued**;
- ☐ Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;

- ☒ Court **recommends** incarceration at   closest facility to Oklahoma   ;
- ☐ Other recommendations by the court _____;

**Appeal status**:
- ☒ Defendant advised of their right to appeal;
- ☐ Defendant requests Clerk to enter notice of appeal;

---

*Other proceedings*:   See judgment and commitment order for sentencing specifics;   Court Adjourned.

*Revised minute-sentencing-April, 2014*