# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>CARLA JO MIRES, )<br>)<br>Defendant. ) | NO. CR-14-00239-001-HE |

## ORDER

At the sentencing hearing held on December 11, 2014, the court reserved ruling on the question of whether Union Mutual Insurance Company ("Union Mutual") is entitled to restitution exceeding the $10,000 set out in the presentence report. Union Mutual is directed to file, by **December 29, 2014**, a written claim setting out the additional amounts it believes to be due and the basis for the claim, together with any brief it may choose to submit as to its entitlement to the particular amounts sought. The government and the defendant shall file their responses to the claim/request within **fourteen (14) days** from Union Mutual's filing, and Union Mutual may then submit a single reply to the responses within **seven (7) days** thereafter. The court will then determine whether a further hearing is necessary or whether the matter can be resolved based on the parties and claimant's submissions.

The government is directed to notify Union Mutual of this order immediately.

**IT IS SO ORDERED**.

Dated this 16th day of December, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE