IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.  CR-14-239-001-HE |
| ) | |
| CARLA JO MIRES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO COURT REGARDING RESTITUTION

At the sentencing hearing held on December 11, 2014, the court reserved ruling regarding whether Union Mutual Insurance Company ("Union Mutual") was entitled to restitution exceeding the $10,000 set out in the presentence report.  *See* Docs. 15, 20. The Court directed Union Mutual to file, by December 29, 2014, a written claim setting out the additional amounts it believed to be due.  Doc. 20.  On December 29, 2014, counsel for Union Mutual indicated to government counsel that Union Mutual does not intend to seek restitution greater than $10,000.  Thus, the government submits the restitution amounts listed in the presentence report are appropriate.

    Respectfully submitted,

    SANFORD C. COATS
    United States Attorney

    s/ TRAVIS D. SMITH
    Assistant U.S. Attorney
    Oklahoma Bar No. 22717
    210 Park Avenue, Suite 400
    Oklahoma City, Oklahoma 73102
    (405) 553-8700 (office)
    travis.smith3@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on December 29, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants involved with this case.

                                            s/ TRAVIS D. SMITH
                                            Assistant U.S. Attorney