UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| Prob22 (3/03) | | DOCKET NUMBER (Tran Court) CR-14-00239-001-HE |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Carla Jo Mires | DISTRICT Western District of Oklahoma | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Joe Heaton, Chief United States District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM October 7, 2016 — TO October 6, 2019 |

Offense:
18 U.S.C. § 513(a) Forged Security, 26 U.S.C. § 7206(1) False Income Tax Return

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the United States District Court for the Western District of Oklahoma to the United States District Court for the Northern District of Oklahoma upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/30/18
Date

_United States District Judge_

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/24/18
Date

_United States District Judge_